**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re  Case No. 20−32379
 Chapter 13
Cecil Scott ,

    Debtor.

# NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

To: **Success Unlimited Academy**
**2328 Fairlane Drive**
**Montgomery, AL 36116**

    Pursuant to Section 501(c) of the Bankruptcy Code and Rule 3004, Federal Rules of Bankruptcy Procedure, the Debtor or Trustee has filed a proof of claim on your behalf in the amount of **$3192.00.**

    You are notified that you may file your own proof of claim for the proper amount and showing proper perfection of a security interest, if any. A proof of claim form can be obtained by visiting www.uscourts.gov/forms/bankruptcy−forms. Claims should be filed electronically through the court's website at: www.almb.uscourts.gov/electronic−proofs−claim.

Dated May 4, 2021

                                                                         Juan−Carlos Guerrero
                                                                         Clerk of Court

c: Trustee

# United States Bankruptcy Court
## Middle District of Alabama

In re:  
Cecil Scott  
    Debtor

Case No. 20-32379-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: ntcclmdb | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cecil Scott, 101 S. Burbank Drive; Apt. A63, Montgomery, AL 36117-2764 |
| 4504466 | + Sucess Unlimited Academy, 2328 Fairlane Drive, Montgomery, AL 36116-1604 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor ADDISON PARK APARTMENTS LDarbyEsq@knology.net<br>bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Paul D. Esco | on behalf of Debtor Cecil Scott paul.esco@aol.com<br>lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4